**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **CENTRAL MUTUAL INSURANCE COMPANY,** | § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **MO:20-CV-00081-DC** |
| **TRISHA LEE WELCH,** | § § | |
| *Defendant.* | § | |

**ORDER DISMISSING CASE**

On this day, the Court considered the status of the above-captioned cause. On January 22, 2021, the Court issued an order, pursuant to Local Rule CV-55, directing Plaintiff Central Mutual Insurance Company (Plaintiff) to move for entry of default. (Doc. 7). The Court ordered Plaintiff to move for entry of default within fourteen days of the entry of the order and warned that failure to move for entry of default within the required time would result in dismissal of Plaintiff's claims against Defendant Trisha Lee Welch, without prejudice to refiling. *See id.*

More than fourteen days have elapsed since the entry of the Court's order on January 22, 2021, and Plaintiff has not complied with the Court's order. Accordingly, the Court **ORDERS** that Plaintiff's claims against Defendant Trisha Lee Welch be **DISMISSED** without prejudice.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 9th day of February, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE